**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JESUS D. GONZALEZ

          Petitioner,

       v.

FERETI SEMAIA, et al.,

          Respondents.

Case No. 5:26-cv-02685-FMO-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondents have not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered granting the Petition; (2) respondents shall immediately release petitioner Jesus D. Gonzalez (A# 072-252-812) from immigration custody; (3) respondents shall return any confiscated property and documents to petitioner upon his release; (4) respondents are enjoined and restrained from re-detaining petitioner unless they first follow the procedures set forth in 8 C.F.R. §§ 241.4(l) and 241.13(i), including providing petitioner with adequate pre-deprivation notice and a meaningful opportunity to respond; and (5) respondents shall file

a status report no later than 3 court days from the date of this Order regarding their compliance with this Order.


Dated: __June 10, 2026_____

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE